IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE CAMPS INITIATIVE, § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 4:26-cv-00099-O |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., § § § § § | |
| Defendants. § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims are **DISMISSED without prejudice**.

2. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **12th day** of **March, 2026**.

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**